THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL: t_stew_3@yahoo.com
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, DAVID JOHNSON, | Case No.  CV 10-5541 MEJ |
| Plaintiffs, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| GALLUP & WHALEN SANTA MARIA, | |
| Defendant. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for tow years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

CV 10-5541 MEJ                                       1

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two years after the date hereof.

Date:  October 17, 2011                              Date:  October 17, 2011


S/Jonathan McNeil Wong,                        S/Thomas N. Stewart, III,
Attorney for Defendant                              Attorney for Plaintiff


IT IS SO ORDERED:

Date:  October 20, 2011



CV 10-5541 MEJ                                        2